1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A Prof. Corp.
3  450 North Brand Blvd., Suite 600
   Glendale, California 91203-2349
4  Telephone: (818) 291-6444
   Facsimile:  (818) 291-6446

5  andy@coombspc.com
6  annie@coombspc.com

7  Attorneys for Plaintiff Louis
   Vuitton Malletier, S.A.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 Louis Vuitton Malletier, S.A.,        )  Case No. C 07 3763 HRL
11                                       )
          Plaintiff,                     )  PLAINTIFF'S NOTICE OF
12                                       )  INTERESTED PARTIES
     v.                                  )
13                                       )  LOCAL RULE 7.1-1
   NexTag, Inc. and Does 1 through 10, inclusive, )
14                                       )
          Defendants.                    )
15                                       )
                                         )
16 _____)

17      The undersigned, counsel of record for Plaintiff, Louis Vuitton Malletier, S.A., certifies that
18 the following listed parties have a direct, pecuniary interest in the outcome of this case. These
19 representations are made to enable the Court to evaluate possible disqualification or recusal.

20      **1. LOUIS VUITTON MALLETIER, S.A.**

        **2. NEXTAG, INC.**
21
   DATED: July 6, 2007              J. Andrew Coombs, A Professional Corp.
22
23                                  By: _____
                                         J. Andrew Coombs
24                                       Annie S. Wang
                                    Attorneys for Louis Vuitton Malletier, S.A.
25

26

27

28
   Louis Vuitton Malletier v. Akanoc, Inc., et al.: Notice of Interested    - 1 -
   Parties

COPY