UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

FILED

07 JUL 23 PM 12: 45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

General Court Number
415.522.2000

July 23, 2007

**CASE NUMBER: CV 07-03763 HRL**
**CASE TITLE: LOUIS VUITTON MALLETIER-v-NEXTAG, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable** MAXINE M. CHESNEY for all further proceedings.

Counsel are instructed that all future filings shall bear the initials MMC immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/23/07

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 7/23/07 AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA