AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Northern District of California |
|---|---|
| DOCKET NO.   DATE FILED | 450 Golden Gate Ave.<br>San Francisco, CA 94102 |
| PLAINTIFF<br><br>Louis Vuitton Malletier, S.A. | DEFENDANT<br><br>NexTag, Inc. and Does 1 through 10, inclusive |

**C 07 3763 HRL**

| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-250-121 | Multicolor Monogram - Black Print | Louis Vuitton Malletier, S.A. |
| 2 | VA 1-250-120 | Multicolor Monogram - White Print | Louis Vuitton Malletier, S.A. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order      ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**   1) Upon initiation of action,          2) Upon filing of document adding copyright(s),   3) Upon termination of action,
mail copy to Register of Copyrights          mail copy to Register of Copyrights          mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

