J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
450 North Brand Blvd., Suite 600
Glendale, California 91203-2349
Telephone: (818) 291-6444
Facsimile:  (818) 291-6446

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Vuitton Malletier, S.A., <br><br>  Plaintiff, <br><br> v. <br><br> NexTag, Inc. and Does 1 through 10, inclusive, <br><br>  Defendants. | Case No. C 07 3763 MMC <br><br> PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES <br><br> LOCAL RULE 7.1-1 |

The undersigned, counsel of record for Plaintiff, Louis Vuitton Malletier, S.A., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. **LOUIS VUITTON MALLETIER, S.A.**
2. **LVMH MOËT HENNESSY LOUIS VUITTON S.A.**
3. **NEXTAG, INC.**

DATED: July 30, 2007         J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

Louis Vuitton Malletier v. Akanoc, Inc., et al.: Notice of Interested Parties     - 1 -