1   J. Andrew Coombs (SBN 123881)
    Annie S. Wang (SBN 243027)
2   J. Andrew Coombs, A Prof. Corp.
    450 North Brand Blvd., Suite 600
3   Glendale, California 91203-2349
    Telephone: (818) 291-6444
4   Facsimile: (818) 291-6446

5   andy@coombspc.com
    annie@coombspc.com
6
    Attorneys for Plaintiff Louis
7   Vuitton Malletier, S.A.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
    Louis Vuitton Malletier, S.A.,              )   Case No. C 07 3763 MMC
11                                               )
                   Plaintiff,                    )   PROOF OF SERVICE -
12                                               )   ACKNOWLEDGMENT OF SERVICE
            v.                                   )
13                                               )
    NexTag, Inc. and Does 1 through 10, inclusive,)
14                                               )
                   Defendants.                   )
15                                               )
                                                 )
16   _____

17          / / /

18
19          / / /

20
21          / / /

22
23          / / /

24
25
26          / / /

27
28          / / /

Louis Vuitton Malletier v. NexTag,, Inc., et al.: Acknowledgment    - 1 -
of Service

1  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the
2  County of Los Angeles, State of California, and not a party to the above-entitled cause. On August
3  20, 2007, I served a true copy of the documents as referenced in Exhibit "A" and attached hereto,
4  by personally delivering it to the person indicated below in the manner as provided in FRCivP 5(b);
5  by depositing it in the United States Mail in a sealed envelope with the postage thereon fully
   prepaid to the following:

Claude M. Stern, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 580
Redwood Shores, California 94065

Place of Mailing:    Glendale, California

Executed on:         August 21, 2007, at Glendale, California

### Service is made by mail

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

DATED: August 21, 2007                    J. Andrew Coombs, A Professional Corp.

                                          By: _____
                                                      Jeremy Cordero


### ACKNOWLEDGEMENT OF SERVICE

I, __Kathryn G. Cole__, received a true copy of the within documents on __September 7__, 2007.

__Kathryn A. Cole__                       __NexTag, Inc.__
Signature                                  Party Served

Louis Vuitton Malletier v. NexTag,, Inc., et al.: Acknowledgment of Service        - 2 -

1
2  **EXHIBIT "A"**
   **Louis Vuitton Malletier, S.A. v. NexTag, Inc., et al.**
3  **Case No.: C 07 3763 MMC**
4
   - **SUMMONS**
5
   - **COMPLAINT**
6
   - **PLAINTIFF'S NOTICE OF INTERESTED PARTIES**
7
   - **PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
8
9
   - **CIVIL COVER SHEET**
10
   - **COPYRIGHT NOTICE**
11
   - **TRADEMARK NOTICE**
12
   - **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
13
14 - **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY**
15
   - **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
16
17 - **CASE MANAGEMENT CONFERENCE ORDER**
18 - **PLAINTIFF'S AMENDED NOTICE OF INTERESTED PARTIES**
19 - **U.S.D.C. NORTHERN DISTRICT ADR PROCEDURES**
20
21
22
23
24
25
26
27
28

Louis Vuitton Malletier v. NexTag,, Inc., et al.: Acknowledgment of Service       - 3 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 10, 2007, I served on the interested parties in this action with the:

### PROOF OF SERVICE – ACKNOWLEDGMENT OF SERVICE

for the following civil action:

<u>Louis Vuitton Malletier S.A. v. NexTag, Inc., et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Claude M. Stern, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>555 Twin Dolphin Drive,<br>Suite 580<br>Redwood Shores, California 94065 | |
|---|---|

Place of Mailing: Glendale, California
Executed on September 10, 2007, at Glendale, California.

_____
Jeremy Cordero