1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
    Margret M. Caruso (Bar No. 243473)
3    margretcaruso@quinnemanuel.com
    Bobbie Eftekar (Bar No. 240102)
4    bobbieeftekar@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
    Telephone:   (650) 801-5000
6  Facsimile:    (650) 801-5100

7  Attorneys for Nextag, Inc.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11  Louis Vuitton Malletier S.A.,              CASE NO. 3:07-cv-03763-MMC

12               Plaintiff,                    STIPULATION AND [PROPOSED] ORDER
                                               TO EXTEND TIME PURSUANT TO CIVIL
13       vs.                                   L.R. 6-2

14  Nextag, Inc.,

15               Defendant.

16

17                          **STIPULATION**

18       Pursuant to Civil L.R. 6-2, Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") and

19  Defendant Nextag, Inc. ("Nextag") hereby stipulate and request the Court enter an Order adopting

20  the following stipulated schedule, which extends all deadlines by 30 days:

21       1. The deadline for Nextag to file a response to the Complaint is moved from September

22  27, 2007 to **October 29, 2007**.

23       2. The October 26, 2007 initial case management conference is continued until **November

24  26, 2007 at 10:30 a.m.**

25       3. The last day to file the Rule 26(f) Report, complete initial disclosures or state objection

26

27  in the Rule 26(f) Report and file the Case Management Statement is **November 19, 2007.**

28

266/2241694.1
                                                              Case No. 3:07-cv-03763-MMC
            STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME PURSUANT TO CIVIL L.R. 6-2

4. The last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; and the last day to file the Joint ADR Certification with a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference is **November 5, 2007**.

An extension is needed in this case because the parties are engaged in efforts to resolve this matter outside of court and additional time is needed. This extension may result in resolution of this matter without litigation.

There have been no previous time modifications in this action. The present requested time modification would have no material effect on the schedule for this case except as to the changes requested above.

The parties hereby request that the Court adopt the above-referenced stipulated schedule as the Order of this Court.

Respectfully submitted,

DATED: October 8, 2007     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Margret M. Caruso
Margret M. Caruso
Attorneys for Nextag, Inc.

DATED: October 8, 2007     J. ANDEW COOMBS, A PROFESSIONAL CORP.

By /s/ Andrew Coombs
Andrew Coombs
Attorneys for Louis Vuitton Malletier, S.A.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.
DATED: October    , 2007

_____
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE