QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
  Bobbie Eftekar (Bar No. 240102)
   bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Nextag, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Louis Vuitton Malletier S.A., <br><br> Plaintiff, <br><br> vs. <br><br> Nextag, Inc., <br><br> Defendant. | CASE NO. 3:07-cv-03763-MMC <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME PURSUANT TO CIVIL L.R. 6-2 |

## STIPULATION

Pursuant to Civil L.R. 6-2, Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") and Defendant Nextag, Inc. ("Nextag") hereby stipulate and request the Court enter an Order adopting the following stipulated schedule, which extends all deadlines by 30 days:

1. The deadline for Nextag to file a response to the Complaint is moved from September 27, 2007 to **October 29, 2007**.

2. The October 26, 2007 initial case management conference is continued until **November 26, 2007 at 10:30 a.m.**

3. The last day to file the Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file the Case Management Statement is **November 19, 2007.**

1    4. The last day to meet and confer regarding initial disclosures, early settlement, ADR
2 process selection, and discovery plan; and the last day to file the Joint ADR Certification with a
3 Stipulation to ADR Process or a Notice of Need for ADR Phone Conference is **November 5,**
4 **2007**.

5    An extension is needed in this case because the parties are engaged in efforts to resolve this
6 matter outside of court and additional time is needed. This extension may result in resolution of
7 this matter without litigation.

8    There have been no previous time modifications in this action. The present requested time
9 modification would have no material effect on the schedule for this case except as to the changes
10 requested above.

11    The parties hereby request that the Court adopt the above-referenced stipulated schedule as
12 the Order of this Court.

13 Respectfully submitted,

14 DATED: October 8, 2007          QUINN EMANUEL URQUHART OLIVER &
15                                 HEDGES, LLP

17 By /s/ Margret M. Caruso
18    Margret M. Caruso
      Attorneys for Nextag, Inc.

19 DATED: October 8, 2007          J. ANDEW COOMBS, A PROFESSIONAL CORP.
20
21 By /s/ Andrew Coombs
      Andrew Coombs
22    Attorneys for Louis Vuitton Malletier, S.A.

23                                 [PROPOSED] ORDER

24 PURSUANT TO STIPULATION, IT IS ORDERED, except the case management conference is
   DATED: October 9, 2007                          continued to November 30, 2007 at 10:30 a.m.
25

26                                 /s/ Maxine M. Chesney
27                                 Hon. Maxine M. Chesney
                                   UNITED STATES DISTRICT JUDGE
28

51266/2241694.1
                                          -2-                    Case No. 3:07-cv-03763-MMC
                STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME PURSUANT TO CIVIL L.R. 6-2