QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
  Bobbie Eftekar (Bar No. 240102)
  bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for NexTag, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Louis Vuitton Malletier S.A., | CASE NO. 3:07-cv-03763-MMC |
|---|---|
| Plaintiff, | Defendant NexTag, Inc.'s Certification of Interested Entities or Persons Pursuant to L.R. 3-16 |
| vs. | |
| NexTag, Inc., et al, | |
| Defendant. | |

## CERTIFICATION OF INTERESTED PARTIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Providence Equity Partners VI L.P.

Providence Equity Partners VI-A.L.P.

Morgenthaler Venture Partners V, L.P.

Case No. 3:07-cv-03763-MMC

DATED: October 29, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Margret M. Caruso
Margret M. Caruso
Attorneys for Defendant NexTag, Inc.