UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Louis Vuitton Malletier, S.A.,

              Plaintiff(s),

    v.

NexTag, Inc., et al.

              Defendant(s).
_____/

Case No. 3-07-cv-03763-MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11/14/2007

Dated: 11/15/2007

NexTag, Inc.

_____
[Party]

_____
[Counsel]