UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


*HON. MAXINE CHESNEY*

CIVIL MINUTE ORDER

DATE: November 30, 2007
TITLE: LouisVuitton -v- Nextag, Inc.                    CASE #: C-07-3763 MMC

**APPEARANCES:**

FOR PLAINTIFF:                                          FOR DEFENDANT:

J. Andrew Coombs                                        Margret Caruso
                                                        Bobbie Eftekar

Deputy Clerk: Brenda Tolbert                            Reporter:

**PROCEEDINGS:**

  X   Initial Case Management
 ____ Further Case Management
 ____ Further Status Conference
 ____ Pretrial Conference
 ____ Settlement Conference (Length:  Hr/s.)
 ____ Evidentiary Hearing
 ____ Examination of Judgment Debtor
 ____ Motions
 ____ Other:

**ORDER/RESULTS:**

Initial Case Management Conference Held. Parties referred to Magistrate Judge Spero for settlement conference to be held in March, 2008. Cut-off to amend pleadings is 2/29/08. 5-6 day Jury Trial: 2/17/09; Non-Expert Discovery Cut-off: 7/23/08; Expert Disclosure: 8/15/08; Rebuttal Expert Disclosure: 10/1/08; Expert Discovery Cut-off: 10/29/08; Dispositive Motion Filing Cut-off: 11/14/08; Pretrial Conf: 2/3/09; Meet & Confer Deadline: 12/29/08. Joint Status Conference Statements due: 10/24/08.

Case Continued To:   10/31/08 at 10:30 a.m.        For:  Status Conference
Case Referred To:                                  For:

**ORDER TO BE PREPARED BY:**

cc: Brenda, Tracy, Wings, Karen