1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2   claudestern@quinnemanuel.com
   Margret M. Caruso (Bar No. 243473)
3   margretcaruso@quinnemanuel.com
   Bobbie Eftekar (Bar No. 240102)
4   bobbieeftekar@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California  94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7  Attorneys for NexTag, Inc.

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12 | Louis Vuitton Malletier S.A.,            | CASE NO. 3:07 -cv-03763-MMC
13 |         Plaintiff,                       | **STIPULATION AND [PROPOSED] ORDER FOR FILING OF FIRST AMENDED ANSWER**
14 |    vs.                                   |
15 | NexTag, Inc.,                            |
16 |         Defendant.                       |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that NexTag, Inc. may file a First Amended Answer, a copy of which is attached hereto as Exhibit A.

DATED: February 5, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By   /s/
    Margret M. Caruso
    Attorneys for NexTag, Inc.

DATED: February 5, 2008          J. ANDREW COOMBS, A PROF. CORP.


By   /s/
    J. Andrew Coombs
    Attorneys for Louis Vuitton Malletier, S.A.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 6, 2008

_____
Hon. Maxine M. Chesney
United Stated District Court Judge