**J. Andrew Coombs, A Prof. Corp.**
J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Bobbie Eftekar (Bar No. 240102)
bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant NexTag, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Vuitton Malletier, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>NexTag, Inc., et al.<br><br>Defendants. | Case No.: 3:07-cv-03763-MMC<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO COMPLETE ADR |

**STIPULATION**

Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") and Defendant NexTag, Inc. ("NexTag") hereby stipulate and request the Court enter an Order extending the time within which the parties may complete Alternative Dispute Resolution Proceedings in the above-captioned matter:

WHEREAS the Court held a Scheduling Conference on or about November 30, 2007 at which time the parties requested an early Settlement Conference before the Magistrate Judge; and

WHEREAS the Court entered an Order setting an early deadline for completion of ADR and referred settlement proceedings to Magistrate Judge Joseph C. Spero but instructed the parties to inform the Court and to request additional time within which to complete ADR if the status of discovery was such that additional time to prepare for ADR is indicated; and

WHEREAS the parties have exchanged written discovery and responses but each have outstanding issues concerning the discovery responses and document productions of the other; and

WHEREAS an extension of the time within which to complete ADR so that the parties can first resolve their discovery disputes will not have any impact on any of the other dates ordered by the Court at the Scheduling Conference;

NOW, THEREFORE, the parties agree and stipulate that, subject to order of the Court, the deadline within which to complete ADR pursuant to L-R. 16-8 may be extended from April 3, 2008, to June 19, 2008, and the settlement conference before Magistrate Judge Joseph C. Spero currently calendared for April 3, 2008 shall be rescheduled accordingly.

///

///

///

Respectfully submitted,

DATED: March 11, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By ______________________
Margret M. Caruso
Attorneys for NexTag, Inc.

DATED: March 12, 2008

J. ANDEW COOMBS, A PROFESSIONAL CORP.

By ______________________
Andrew Coombs
Attorneys for Louis Vuitton Malletier, S.A.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED.
DATED: March 13, 2008

______________________
Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE