UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A., | Case No. C-07-03763 MMC (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE CONTINUING SETTLEMENT CONFERENCE** |
| NEXTAG, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of counsel, the Settlement Conference previously scheduled for April 3, 2008, at 9:30 a.m., has been continued until **June 4, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead trial counsel are required to appear at the Settlement Conference with the parties who have full authority to negotiate and settle the case. All other provisions of the Court's December 4, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

**On or before May 21, 2008**, each party must deliver directly to Magistrate Judge Spero's Chambers a Confidential Settlement Conference Statement. This Statement should not be electronically filed and need not be served upon the other parties.

Counsel are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference.

Dated: March 24, 2008            RICHARD W. WIEKING, CLERK


                                 By:/s/ Mary A. Macudzinski-Gomez
                                        Deputy Clerk