QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
margretcaruso@quinnemanuel.com
Bobbie Eftekar (Bar No. 240102)
bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Stacy M. Monahan (Bar No. 218942)
stacymonahan@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for NexTag, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Louis Vuitton Malletier S.A., | CASE NO. 3:07-cv-03763-MMC |
|---|---|
| Plaintiff, | **NEXTAG, INC'S NOTICE OF APPEARANCE FOR STACY M. MONAHAN** |
| vs. | |
| NexTag, Inc., | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Stacy M. Monahan of Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California Street, 22nd Floor, San Francisco, California 94111, telephone: (415) 875-6600, stacymonahan@quinnemanuel.com, also represents NexTag, Inc. in this matter.

DATED:  April 14, 2008                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Stacy M. Monahan
    Stacy M. Monahan (CA.Bar No. 218942)
    Attorneys for Defendant
    NexTag. Inc.