1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  Louis Vuitton Malletier S.A., | CASE NO. 3:07 -cv-03763-MMC |
| 12         Plaintiff, | |
| 13      vs. | [PROPOSED] ORDER GRANTING NEXTAG, INC.'S MOTION TO COMPEL DEPOSITION OF LOUIS VUITTON MALLETIER S.A. |
| 14  NexTag, Inc., | |
| 15         Defendants. | |

16
17
18
19
20
21
22
23
24
25
26
27
28

**[Proposed] Order**

The Court having considered defendant NexTag Inc's Motion to Compel Deposition of Louis Vuitton Malletier S.A., requiring Louis Vuitton Malletier S.A. ("Louis Vuitton") to produce its 30(b)(6) witnesses in the forum in which it filed suit ("Motion"), the arguments of counsel, and such other matters that it deemed appropriate:

It is hereby ORDERED that NexTag, Inc.'s Motion be granted. Louis Vuitton shall produce its 30(b)(6) witnesses at the offices of Quinn Emanuel Urquhart Oliver & Hedges, in the Northern District of California where Louis Vuitton filed suit, at the sole expense of Louis Vuitton.

DATED: April ___, 2008

_____
United States District Court Magistrate Judge