QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Margret M. Caruso (Bar No. 243473)
  margretcaruso@quinnemanuel.com
Bobbie Eftekar (Bar No. 240102)
  bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Stacy M. Monahan (Bar No. 218942)
  stacymonahan@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for NexTag, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Louis Vuitton Malletier S.A., <br><br> Plaintiff, <br><br> vs. <br><br> NexTag, Inc., <br><br> Defendants. | CASE NO. 3:07-cv-03763-MMC <br><br> **NEXTAG, INC'S UNOPPOSED MOTION TO SHORTEN TIME FOR HEARING ON NEXTAG INC'S MOTION TO COMPEL DEPOSITION OF LOUIS VUITTON MALLETIER S.A.;** <br><br> **DECLARATION OF STACY M. MONAHAN** <br><br> Motion to Compel Deposition of Louis Vuitton Malletier S.A. lodged concurrently herewith <br><br> Date:       April 29, 2008 <br> Time:       TBD <br> Courtroom:  TBD <br><br> Discovery Cut-Off:      July 23, 2008 <br> Pre-Trial Conference: February 3, 2009 <br> Trial Date:             February 17, 2009 |

Pursuant to Civil Local Rule 6-3, defendant NexTag, Inc. ("NexTag") hereby files this unopposed motion to obtain an order shortening time for a hearing on NexTag's noticed Motion to Compel Deposition of Louis Vuitton Malletier S.A., seeking to compel plaintiff Louis Vuitton Malletier S.A. ("Louis Vuitton") to produce its witnesses in the forum in which it filed its lawsuit against NexTag ("Motion"). This motion to shorten time is unopposed by Louis Vuitton. Declaration of Stacy Monahan filed in support of NexTag, Inc.'s Unopposed Motion to Shorten Time ("Monahan Decl."), ¶7.

Pursuant to the Civil Local Rules and the Court's calendar, the earliest date on which NexTag's Motion may be heard is May 20, 2008. NexTag requests that the Court hear NexTag's Motion on April 29, 2008 at a time and place to be determined by the magistrate judge assigned to hear the motion. If the Court agrees to hear NexTag's Motion on April 29, 2008, then NexTag further requests that Louis Vuitton's opposition to NexTag's Motion, if any, be due on April 22, 2008, and NexTag's reply, if any, be due on April 25, 2008.[1]

NexTag's Motion seeks to compel Louis Vuitton to produce its designated witnesses for deposition under Federal Rule of Civil Procedure 30(b)(6) in the forum in which it filed suit against NexTag. Monahan Decl. ¶4. Louis Vuitton is headquartered in Paris, France, but has five stores in the Northern District of California alone, and a total of 19 stores throughout California. Monahan Decl. ¶2. NexTag has noticed Louis Vuitton's 30(b)(6) deposition in Redwood Shores, California. Louis Vuitton refuses to produce its witnesses in California, citing the long flight from Paris, and instead requires that the depositions take place in New York. Monahan Decl. ¶3. The Motion is made on the ground that LV is required to produce its corporate witnesses in the jurisdiction in which it filed suit and that granting a motion to compel will provide the least amount of inconvenience to the least amount of parties. Louis Vuitton's witnesses will be subjected a long flight, air fare and hotel expenses whether the deposition is in New York or

---

[1] Louis Vuitton's counsel, J. Andrew Coombs, will be traveling after April 30 and unavailable to attend a hearing scheduled after that date. He therefore requests that the hearing date be set between April 28 and April 30. Monahan Decl. ¶7.

1  California. NexTag, NexTag's counsel, and Louis Vuitton's counsel are all located in California,
2  however, and substantial expenses can be avoided if they are not required to travel to New York.
3  Monahan Decl. ¶2.
4        The Unopposed Motion to Shorten Time is made on the ground that mediation is
5  scheduled on June 4, 2008, with the parties' mediation submissions due May 21, 2008. Monahan
6  Decl. ¶5. Moreover, all non-expert discovery closes on July 23, 2008. *Id.* NexTag will be
7  unfairly prejudiced in its preparation for mediation and trial if its Motion is heard on the regularly
8  noticed schedule because it will not be able to use the discovery obtained from deposition of
9  plaintiff's witnesses in mediation, and it will have only a matter of weeks to file any document
10 requests or notices of additional depositions based on information from plaintiff's 30(b)(6)
11 deposition prior to the close of discovery. Monahan Decl. ¶6.
12       Pursuant to Local Rule 37-1, counsel for NexTag and counsel for Louis Vuitton
13 have conferred regarding NexTag's request for Louis Vuitton to produce its witnesses in
14 California. Counsel for NexTag raised the issue with Louis Vuitton's counsel numerous times
15 beginning February 27, 2008, up to and including April 14, 2008. Monahan Decl. ¶ 4. On April
16 14, 2008, Louis Vuitton stated it does not oppose NexTag's motion to shorten time to hear the
17 Motion on April 29. Monahan Decl., ¶ 7.
18       NexTag seeks resolution of its Motion on an expedited basis so that, if the Motion
19 is granted, NexTag may notice its depositions well in advance of the discovery deadline of July
20 23, 2008, and the mediation planned for June 2008. Monahan Decl. ¶6.
21       No previous time modifications have been made in this case other than postponing
22 the mediation date to allow the parties to pursue discovery. Monahan Decl., ¶8.
23       No modifications to the current schedule would be required if NexTag's instant
24 motion to shorten time is granted, however, modifications to the current schedule would likely be
25 required if NexTag's Motion is heard on its regularly noticed schedule. Monahan Decl. ¶ 9.
26       For all the foregoing reasons, NexTag respectfully requests that the Court enter an
27 Order Shortening Time for the Court to hear NexTag's Motion.
28

| | |
|---|---|
| DATED: April 14, 2008 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | By /s/ Margret Caruso<br>Margret Caruso<br>Attorneys for Defendant<br>NexTag. Inc. |