1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Louis Vuitton Malletier S.A., | CASE NO. 3:07 -cv-03763-MMC |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING NEXTAG, INC.'S UNOPPOSED MOTION TO SHORTEN TIME TO HEAR NEXTAG INC'S MOTION TO COMPEL DEPOSITION OF LOUIS VUITTON MALLETIER S.A. |
| NexTag, Inc., | |
| Defendants. | |

## [Proposed] Order

The Court having considered defendant NexTag Inc's Unopposed Motion to Shorten Time to Hear NexTag, Inc's Motion to Compel Deposition of Louis Vuitton Malletier S.A. ("Motion"), requiring Louis Vuitton Malletier S.A. to produce its 30(b)(6) witnesses in the forum in which it filed suit, the arguments of counsel, and such other matters that it deemed appropriate:

It is hereby ORDERED that NexTag, Inc.'s Motion be granted, shortening time for hearing NexTag, Inc.'s Motion to Compel Deposition of Louis Vuitton Malletier S.A. as follows:

Hearing Date: April 29, 2008

Time:

Courtroom:

Plaintiff's Opposition: April 22, 2008

Defendant's Reply: April 25, 2008

DATED: April ___, 2008

_____
United States District Court Magistrate Judge