1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LOUIS VUITTON MALLETIER S.A.,            No. C 07-3763 MMC

12              Plaintiff                      **ORDER REFERRING TO MAGISTRATE**
                                               **JUDGE DEFENDANT'S MOTION TO**
13      v.                                     **COMPEL AND MOTION TO SHORTEN**
                                               **TIME**
14   NEXTAG, INC.,

15              Defendant
     _____/
16

17          Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel Deposition of

18   Louis Vuitton Malletier S.A." and "Unopposed Motion to Shorten Time for Hearing on

19   Nextag, Inc.'s Motion to Compel Deposition of Louis Vuitton Malletier S.A.," each filed April

20   14, 2008, and all further discovery motions, are hereby REFERRED to a Magistrate Judge

21   to be heard and considered at the convenience of the assigned Magistrate Judge's

22   calendar.

23          Counsel will be advised of the date, time and place of the next appearance by notice

24   from the assigned Magistrate Judge's chambers.

25          **IT IS SO ORDERED**.

26
     Dated: April 15, 2008                     _____
27                                             MAXINE M. CHESNEY
                                               United States District Judge
28

United States District Court
For the Northern District of California