UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | No. C 07-3763 MMC (WDB) |
| Plaintiff, | CLERK'S NOTICE OF DISCOVERY REFERRAL AND TO SET TIME FOR HEARING ON DEFENDANT'S MOTION TO COMPEL |
| v. | |
| NEXTAG, INC. | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for all discovery matters, including resolution of Defendant NexTag Inc.'s Motion to Compel filed on April 14, 2008.

Pursuant to Magistrate Judge Brazil's April 16, 2008, Order Granting NexTag's Unopposed Motion for Order Shortening Time, a hearing is set on NexTag's Motion to Compel for **Wednesday, April 30, 2008, at 1:30 p.m.** in Courtroom 4, 3rd Floor, United States Courthouse, 1301 Clay Street, Oakland, California 94612. Plaintiff's Opposition to the Motion is due by no later than April 22, 2008. If Defendant wishes to file a Reply, Defendant must do so by no later than April 25, 2008.

Please refer to the Standing Order of Magistrate Judge Wayne D. Brazil, a copy of which can be found at www.cand.uscourts.gov, for further information and requirements.

Dated: April 15, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk