# EXHIBIT A

## Stacy Monahan

| | |
|---|---|
| **From:** | Andy Coombs [andy@coombspc.com] |
| **Sent:** | Wednesday, April 16, 2008 9:32 AM |
| **To:** | Margret Caruso; Stacy Monahan |
| **Cc:** | 'Nicole L. Drey' |
| **Subject:** | LV v NexTag |
| **Importance:** | High |

Margret, Stacy

I have spoken with my client concerning NexTag's request to have a "business to business" discussion with Louis Vuitton concerning this claim. Louis Vuitton is agreeable in principle. Given time zone issues, such a discussion would have to occur relatively early California time and my client is conducting an internal discussion concerning participants and their availability for such a call in the near future.

We understand that participation from NexTag's side will be CEO and/or CFO level and that all communications will be privileged and inadmissible as provided by the Federal Rules of Evidence to encourage a more candid dialog on relevant issues. I also understand that there will not be participation on such a call by outside/litigation counsel. If any of this is inaccurate please let me know.

On a related note and in the interest of advancing this dialog I can advise that Louis Vuitton can make Nikolay Livadkin available for deposition later this month should NexTag (i) withdraw its motion; (ii) pay ½ of the deponent's out-of-pocket travel expenses and (iii) take the deposition in Southern California. If this is acceptable, I will work with you to arrange mutually agreeable dates.


Andy Coombs
J. Andrew Coombs, A P.C.
517 East Wilson Ave., Suite 202
Glendale, CA 91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 or by email at info@coombspc.com immediately and delete or destroy all copies of this transmission.