# EXHIBIT D

**quinn emanuel** trial lawyers | san francisco

50 California Street, 22nd Floor, San Francisco, California 94111 | TEL 415-875-6600 FAX 415-875-6700

WRITER'S DIRECT DIAL NO.
**(415) 875-6402**

WRITER'S INTERNET ADDRESS
**stacymonahan@quinnemanuel.com**

*Via electronic delivery and U.S. Mail*

April 18, 2008

J. Andrew Coombs, Esq.
Law Offices of J. Andrew Coombs
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

Re:     *Louis Vuitton Malletier S.A. v. NexTag, Inc, et al,* Case No. CV 07-3763 MMC

Dear Andy:

I write on behalf of NexTag, Inc. ("NexTag") regarding your letter of April 17, which does not accurately reference our communications of that day and the preceding one. Most significantly, I have always maintained that relevant case law requires that Louis Vuitton produce its witness for deposition in the forum in which it filed suit at *its own cost*.

In response to your reliance on the Central District of California opinion in *Cadent Ltd. v. 3M Unitek Corp.,* 232 F.R.D. 635 (C.D. Cal. 2005), for the position that NexTag should pay some portion of Louis Vuitton's travel expenses associated with the deposition of its 30(b)(6) witness, I pointed out that the case law from the district in which this action is venued, the Northern District of California, and the factually relevant case law, require Louis Vuitton to pay its own required travel expenses. In all events, NexTag's worst case scenario in the resolution of its motion to compel is that the Court will disregard the general rule of the Northern District and follow the sole Central District case on which you rely. We believe this is highly unlikely given that Louis Vuitton's witness is traveling to California of his own accord, for reasons unconnected

**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | TEL 213-443-3000 FAX 213-443-3100
NEW YORK | 51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL 212-849-7000 FAX 212-849-7100
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065 | TEL 650-801-5000 FAX 650-801-5100

J. Andrew Coombs, Esq.
April 18, 2008
Page 2

with this law suit, and it would therefore be completely unreasonable to force NexTag to pay any portion of those costs.

Notwithstanding the legal support for NexTag's position, in the spirit of compromise, NexTag offered yesterday to pay half of the cost of reasonable airfare from Los Angeles to San Francisco for the witness. You rejected this offer. We are confident in the reasonableness of NexTag not accepting your offer, particularly as it was made after NexTag incurred the expense of preparing the motion to compel and supporting papers, and we are comfortable explaining the full details of these negotiations to the Court.

NexTag's offer remains open through Tuesday. If this compromise remains unacceptable to Louis Vuitton, NexTag will pursue its motion to compel.

Very truly yours,

Stacy Monahan