# EXHIBIT F

Case 3:07-cv-03763-MMC    Document 42-7    Filed 04/25/2008    Page 1 of 3

LAW OFFICES
## J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

April 24, 2008

**Via First Class Mail**
**And Email**

MargaretCaruso@QuinnEmanuel.com

Margaret M. Caruso, Esq.
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 580
Redwood Shores, California 94065

      Re:    **Louis Vuitton Malletier, S.A. v. NexTag, Inc., et al.**
              **Case No.: CV 07-3763 MMC**

Dear Ms. Caruso:

      I write in reply to your letter of April 21, 2008 and as a follow up to our brief telephone conversation the same day. As I noted then, it is clear that defendant NexTag, Inc. ("NexTag") has no intention of taking the Rule 30(b)(6) deposition on Friday. Your letter illustrates the alarming degree to which NexTag will go to justify its rejection of the numerous and reasonable alternatives proposed by Louis Vuitton to make that happen.

      In particular, despite accelerating the production of plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton") and transmitting the same electronically for immediate delivery, NexTag now misstates the parties' agreements concerning the scope of that production. It does so notwithstanding NexTag's agreement to produce Friday, April 18, 2008, and the fact that no documents have yet been produced by Defendant.

      As I mentioned during our telephone call on April 21, 2008, it appears that our clients are making progress on resolution of the underlying dispute so I will not address each of the misstatements contained in your letter. The (extensive) correspondence on the parties' document production and agreements reached and issues outstanding speak

Margaret M. Caruso, Esq.
April 24, 2008
Page 2 of 2

for themselves. That NexTag has not yet moved to compel on outstanding issues but seeks to proceed with the deposition as soon as possible was NexTag's election.

Very Truly Yours,

J. Andrew Coombs,
A Professional Corporation

*J. Andrew Coombs /nld*

By: J. Andrew Coombs
Counsel for Plaintiff Louis Vuitton Malletier, S.A.

JAC/bm