1 QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
3  margretcaruso@quinnemanuel.com
  Bobbie Eftekar (Bar No. 240102)
4  bobbieeftekar@quinnemanuel.com
  555 Twin Dolphin Drive, Suite 560
5 Redwood Shores, California 94065-2139
  Telephone:    (650) 801-5000
6 Facsimile:    (650) 801-5100

7  Stacy M. Monahan (Bar No. 218942)
   stacymonahan@quinnemanuel.com
8 50 California Street, 22nd Floor
  San Francisco, California 94111
9 Telephone:    (415) 875-6600
  Facsimile:    (415) 875-6700

10
Attorneys for NexTag, Inc.

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13
SAN FRANCISCO DIVISION

14

| Louis Vuitton Malletier S.A., | CASE NO. 3:07-cv-03763-MMC (WDB) |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF TODD MURTHA IN SUPPORT OF NEXTAG, INC.'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL DEPOSITION OF LOUIS VUITTON MALLETIER S.A. |
| NexTag, Inc., | |
| Defendants. | |
| | Hearing Date: April 30, 2008<br>Time:         1:30 p.m.<br>Place:        Courtroom 4, 3rd Floor |
| | Discovery Cut-Off:      July 23, 2008<br>Pre-Trial Conference: February 3, 2009<br>Trial Date:             February 17, 2009 |

51266/2483137.1

Case No. 3:07-cv-03763-MMC
Declaration of Todd Murtha in Support of NexTag Inc.'s Reply

I, Todd Murtha, declare as follows:

1. I am the Vice President of Business and Legal Affairs for NexTag, Inc. ("NexTag"). In my capacity as Vice President, I have access to, and would in the ordinary course of business become aware of, the subject matter set forth in this declaration. I have personal, firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. NexTag is a Delaware corporation with its principal place of business at 1300 South El Camino Real, Suite 600, San Mateo, California.

3. NexTag has no offices in New York, and is not domiciled in New York.

4. NexTag owns no property in New York, has no bank accounts in New York, and employs no employees or officers in New York.

5. NexTag has never been sued in New York.

6. It would be burdensome for NexTag and its counsel to have to travel to New York for the deposition of Louis Vuitton.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 25th day of April 2008, in San Mateo, California.

_____
Todd Murtha