UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date:   April 30, 2008                    Time: 1:30 p.m.

DOCKET NO.        C 07-3763 MMC (WDB)
TITLE OF CASE     *Louis Vuitton v. Nextag*

ATTORNEY(S)       Plaintiff:   J. Andrew Coombs (by telephone)

                  Defendant:   Margret M. Caruso; Stacy M. Monahan

REPORTER:

TAPE NO.: FTR 4/30/08   (X) In Person (X) Telephonic

PROCEEDINGS

[] INITIAL STATUS CONFERENCE               [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE             [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)              [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE               [X] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)      [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)         [] EVIDENTIARY HEARING
[] OTHER:

ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court

**NOTES**

        Court heard argument in connection with parties' dispute re location of deposition of Plaintiff.  See separately filed Order to follow.

1