UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., <br><br> Plaintiff, <br><br> v. <br><br> NEXTAG, INC. <br><br> Defendant. <br> _____/ | No. C 07-3763 MMC (WDB) <br><br> **ORDER FOLLOWING HEARING ON DEFENDANT'S MOTION TO COMPEL DEPOSITION OF LOUIS VUITTON MALLETIER, S.A.** |

On April 30, 2008, the Court heard oral argument in connection with Defendant's Motion to Compel the 30(b)(6) deposition of Plaintiff Louis Vuitton Malletier, S.A. ("Louis Vuitton"). Having considered the briefs and arguments of the parties, the Court ruled from the bench and Ordered as follows:

The 30(b)(6) deposition of Louis Vuitton must take place in the Northern District of California, and Louis Vuitton must bear its own costs for traveling to and participating in the deposition. Louis Vuitton filed suit in the Northern District of California, will get the benefits of this Court's work on its case and, accordingly, must send its representative to the Northern District to give the evidence on which Louis Vuitton asserts its claims are based.

IT IS SO ORDERED.

Dated: April 30, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge