IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS VUITTON MALLETIER, S.A.,      No. C-07-3763 MMC

    Plaintiff

  v.      **ORDER SEALING ORDER OF JUNE 5, 2008**

NEXTAG, INC.,

    Defendant.
_____/

    At defendant's request, and good cause appearing, the Court's Order filed June 5, 2008 is hereby placed under seal.

    **IT IS SO ORDERED.**

Dated: June 6, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge