FILED
JUN 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A., | No. C07-03763 JCS |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| NEXTAG INC., | |
| Defendant. | |

It is hereby ordered that the minutes from the hearing held on June 4, 2008, is hereby sealed, and shall not be unsealed without prior approval from the court.

**IT IS SO ORDERED.**

Dated: 6/6/08

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE