QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
  Margret M. Caruso (Bar No. 243473)
   margretcaruso@quinnemanuel.com
  Bobbie Eftekar (Bar No. 240102)
   bobbieeftekar@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Stacy M. Monahan (Bar No. 218942)
   stacymonahan@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for NexTag, Inc.

**J. Andrew Coombs, A Prof. Corp.**
J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Vuitton Malletier S.A., <br><br> Plaintiff, <br><br> vs. <br><br> NexTag, Inc., <br><br> Defendant. | Case No.: C-07-3763 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER OF <u>DISMISSAL WITH PREJUDICE</u>** <br><br> **FED. R. CIV. P. 41(a)** <br><br> JUDGE:   Hon. Maxine M. Chesney |

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective attorneys, hereby stipulate to the dismissal of this action in its entirety, with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

DATED: June 13, 2008    J. ANDREW COOMBS, A PROFESSIONAL CORPORATION

By   /s/ J. Andrew Coombs
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff
LOUIS VUITTON MALLETIER, S.A.

DATED: June 13, 2008    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By   /s/ Margret M. Caruso
Claude M. Stern
Margret M. Caruso
Stacy M. Monahan
Bobbie N. Eftekar
Attorneys for Defendant
NEXTAG, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June     , 2008

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE