1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2     claudestern@quinnemanuel.com
     Margret M. Caruso (Bar No. 243473)
3     margretcaruso@quinnemanuel.com
     Bobbie Eftekar (Bar No. 240102)
4     bobbieeftekar@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7   Stacy M. Monahan (Bar No. 218942)
     stacymonahan@quinnemanuel.com
8  50 California Street, 22nd Floor
   San Francisco, California 94111
9  Telephone:    (415) 875-6600
   Facsimile:    (415) 875-6700
10
   Attorneys for NexTag, Inc.
11
   **J. Andrew Coombs, A Prof. Corp.**
12 J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
13 Annie S. Wang (SBN 243027)
   annie@coombspc.com
14 517 East Wilson Avenue, Suite 202
   Glendale, California 91206
15 Telephone:    (818) 500-3200
   Facsimile:    (818) 500-3201
16
   Attorneys for Plaintiff Louis
17 Vuitton Malletier, S.A.

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN JOSE DIVISION

| | |
|---|---|
| 21  Louis Vuitton Malletier S.A., | Case No.: C-07-3763 MMC |
| 22         Plaintiff, | |
| 23    vs. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 24  NexTag, Inc., | |
| 25         Defendant. | **FED. R. CIV. P. 41(a)** |
| 26 | JUDGE:  Hon. Maxine M. Chesney |
| 27 | |
| 28 | |

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective attorneys, hereby stipulate to the dismissal of this action in its entirety, with prejudice. Each party shall bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

DATED: June 13, 2008          J. ANDREW COOMBS, A PROFESSIONAL CORPORATION


By    /s/ J. Andrew Coombs
    J. Andrew Coombs
    Annie S. Wang
    Attorneys for Plaintiff
    LOUIS VUITTON MALLETIER, S.A.

DATED: June 13, 2008          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By    /s/ Margret M. Caruso
    Claude M. Stern
    Margret M. Caruso
    Stacy M. Monahan
    Bobbie N. Eftekar
    Attorneys for Defendant
    NEXTAG, INC.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 13, 2008

_____
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE